NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD E. KAVANAGH,**
*Petitioner,*

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Respondent.*

---

2010-3133

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090253-I-2.

---

## ON MOTION

---

## ORDER

Upon consideration of the petitioner's motion to expedite,

IT IS ORDERED THAT:

The motion is denied.

2

FOR THE COURT

JUN 2 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ronald E. Kavanagh
    Jeanne E. Davidson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 3 2010

JAN HORBALY
CLERK